02-11-149-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00149-CV

 


 
 
 Centurion Acquisitions, LP; 2M Holdings, LP; MMM
 Holdings, L.P. and Merhdad Moayedi
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Cecil C. Graham and Mary Jo Graham
 
 
  
 
 
 APPELLEES
 
 


 

------------

 

FROM THE 16th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellants’ Unopposed Motion To Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
WALKER,
MCCOY, and MEIER, JJ. 


 

DELIVERED:
 December 22, 2011









[1]See Tex. R. App. P. 47.4.